■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY BLAKE, Appellant. [718 NYS2d 917] —Judgment unanimously affirmed. Memorandum: Supreme Court properly denied defendant's request for a missing witness charge. Testimony from those additional witnesses would have been cumulative (*see, People v Gonzalez*, 68 NY2d 424, 428; *People v Early*, 266 AD2d 881, 881-882, *lv denied* 94 NY2d 918). We reject defendant's further contention that the court erred in excluding hearsay testimony. The testimony concerned a "recalled or recast description of events that were observed in the recent past," and thus did not fall within the present sense impression exception to the hearsay rule (*People v Vasquez*, 88 NY2d 561, 575). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.